CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

May 28, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MICHAEL J. GRANAHAN,                    )
                                        )
            Plaintiff,                  )       Case No. 7:25-cv-00344
                                        )
v.                                      )       **MEMORANDUM OPINION**
                                        )
SGT. CHANTE KULCHAR, *et al.*,          )       By:    Hon. Thomas T. Cullen
                                        )              United States District Judge
            Defendants.                 )

Plaintiff Michael J. Granahan, a Virginia inmate proceeding *pro se*, filed this civil-rights action under 28 U.S.C. § 1983 against various employees at SWVRJA - Tazewell. (*See generally* Compl. [ECF No. 1].)

By Order entered May 19, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the Court with his new address. (ECF No. 2.) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.*)

On March 20, 2026, and on May 18, 2026, documents mailed to Plaintiff were returned to the court as undeliverable. (*See* ECF Nos. 17, 22.) The envelope returned on May 18, 2026, indicates that Plaintiff is no longer housed at Southwest Virginia Regional Jail - Haysi, where Plaintiff indicated he had been housed. (ECF No. 22.) But to date, Plaintiff has not provided the court with an updated address or otherwise filed any documents in support of his case in more than 11 months. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b); *Lim v. Hess.*, No. 7:21-CV-250, 2021 WL 4434364, at *2 (W.D. Va. Aug. 12, 2021), *report and recommendation adopted*, No.

7:21-CV-250, 2021 WL 4430770 (W.D. Va. Sept. 27, 2021) (dismissing case for failure to prosecute where "Plaintiff failed to notify the Court of his current address and failed to take any action related to the claim"). The court notes that this dismissal is without prejudice to Plaintiff's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying order to Plaintiff.

**ENTERED** this 28th day of May, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE